UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


| | |
|---|---|
| **JOSEPH FRANCIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-343** |
| **TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD, ET AL.** | **SECTION "H"(4)** |

### ORDER & REASONS

**IT IS ORDERED** that Plaintiff Joseph Francis's Motion to Remand is **DENIED.** Plaintiff argues that Defendants have not demonstrated complete diversity because when he tried to serve Defendant George Everett in Mississippi service was unsuccessful.  Plaintiff's petition, however, states that Everett is a resident of Mississippi.  (Doc. 1-1.)  Courts determine diversity jurisdiction based on the face of the complaint. *See Amerson v. Am. Nat'l Ins. Co.,* 117 Fed. Appx. 360, 361 (5th Cir. 2004).  In addition, Defendants have provided a sworn affidavit from George Everett stating that he is a resident of Mississippi.  (Doc. 13-1.)  "A court may consider information contained in an affidavit filed subsequent to the notice of removal to determine whether there is an adequate

1

basis for removal." *Molina v. Wal-Mart Stores Tex., L.P.,* 535 F.Supp.2d 805, 807 (W.D.Tex. 2008) (citing *Willingham v. Morgan,* 395 U.S. 402, 408 n. 3 (1969)).  Accordingly, Defendants have met their burden of showing that removal of this case was proper.

New Orleans, Louisiana, on this 1st day of May, 2012.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

2